

IT IS SO ORDERED

Judge Vaughn R Walker

Jeffrey C. Metzger, Esq.  State Bar No. 96583
LAW OFFICES OF JEFFREY C. METZGER
A Law Corporation
23041 Mill Creek Drive
Laguna Hills, California 92653
JMetzger@metzgerlaw.com
Telephone (949) 454-1196
Facsimile (949) 454-0830

**Attorney For:** Plaintiff LARRY HOLT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY HOLT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; GROUP LONG TERM DISABILITY, LIFE AND SUPPLEMENTAL LIFE PLAN for employees of EXPANET; and DOES 1 thru 10, inclusive,<br><br>　　　　　　Defendants. | **Case No.  CV 09-05320 VRW**<br><br>NOTICE OF DISMISSAL |

　　　Please take notice that Plaintiff, pursuant to Rule 41(a)(1)(A) and (B) of the Federal Rules of Civil Procedure, hereby dismisses this action.

Dated: November 13, 2009　　　LAW OFFICES OF JEFFREY C. METZGER
　　　　　　　　　　　　　　　　A LAW CORPORATION


　　　　　　　　　　　　　　　　By:　_/s/Jeffrey C. Metzger_____
　　　　　　　　　　　　　　　　　　JEFFREY C. METZGER, Esq.
　　　　　　　　　　　　　　　　　Attorney for Plaintiff, Larry Holt

**CV 09-05320 VRW**　　　　　　　　　　　　**1**
　　　　　　　　　　　　　NOTICE OF DISMISSAL